**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF FLORIDA**
**JACKSONVILLE DIVISION**

In re:

BYRON LEE SANDERS and                                    Case No. 3:16-bk-02423-JAF
DARLYN LYNN TYSON SANDERS,

                                                         Chapter 7

      Debtors.

_____/

**MULTIBANK 2009-1 RES-ADC**
**VENTURE, LLC'S SECOND AGREED EX-PARTE MOTION TO**
**EXTEND DEADLINE TO OBJECT TO EXEMPTIONS AND AGREED MOTION TO**
**EXTEND DEADLINE TO OBJECT TO DISCHARGE AND DISCHARGEABILITY**

MULTIBANK 2009-1 RES-ADC VENTURE, LLC ("Multibank"), by and through its undersigned counsel, files this Second Agreed Ex-Parte Motion to Extend Deadline to Object to Exemptions and Agreed Motion to Extend Deadline to Object to Discharge and Dischargeability, and in support thereof states as follows:

1.      The current deadline for Multibank to object to exemptions is October 7, 2016 [DE 24]. The current deadline to object to the Debtors' discharge and to dischargeability of debt is October 4, 2016 [DE 5].

2.      The deadline for creditors to file claims is November 3, 2016. As of today, Multibank is the only creditor to have filed an unsecured claim, Claim No. 2-1 in the amount of $150,231.42.

3.      Debtors and Multibank hope to be able to reach a settlement once the claims bar date runs.

4.      As such, in order to maintain the status quo, Multibank requires an extension of the deadline to object to exemptions, discharge and dischargeability of debt through and including December 7, 2016.

5.      Debtors agree to the relief requested herein.

**WHEREFORE**, MULTIBANK 2009-1 RES-ADC VENTURE, LLC respectfully requests that the Court enter an order extending the deadline for it to object to exemptions, discharge and dischargeability of debt through and including December 7, 2016 and providing for such further relief deemed appropriate under the circumstances.

Dated: October 3, 2016     **LAW OFFICE OF MARK S. ROHER, P.A.**
*Counsel for MULTIBANK 2009-1 RES-ADC VENTURE, LLC*
5701 N. Pine Island Rd., Suite 301
Fort Lauderdale, Florida 33321
Email: mroher@markroherlaw.com
Telephone: (954) 353-2200
Facsimile: (954) 724-5047

By:   */s/ Mark S. Roher*
        Mark S. Roher
        Florida Bar No. 178098

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of October, 2016, a true and correct copy of the foregoing was served by CM/ECF on all parties listed below.

/s/ *Mark S. Roher*
Mark S. Roher

Kenneth M Hesser on behalf of Debtor Byron Lee Sanders
khesser@schatthesser.com, julie@schatthesser.com

Kenneth M Hesser on behalf of Joint Debtor Darlyn Lynn Tyson Sanders
khesser@schatthesser.com, julie@schatthesser.com

Jerrett M. McConnell   jmcconnell@mcconnelllawgroup.com

Alexander G. Smith
alex@agsmithtrustee.com, FL52@ecfcbis.com

United States Trustee - JAX 13/7
USTP.Region21.OR.ECF@usdoj.gov